UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FERNANDEZ,

    Plaintiff,

v.

PAMELA K. BARKER, in individual and representative capacity as trustee of The Pamela K. Barker Revocable Trust created on 10-29-2001; DFC RECIPE LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case No.: 2:19-CV-01168-PSG-JC

**ORDER**

---

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: 4/22/19

HONORABLE PHILIP S GUTIERREZ
United States District Judge