CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br>　　　Plaintiff,<br>　v.<br>PAMELA K. BARKER, in individual and representative capacity as trustee of The Pamela K. Barker Revocable Trust created on 10-29-2001;<br>DFC RECIPE LLC, a California Limited Liability Company; and Does 1-10,<br>　　　Defendants. | **Case:** 2:19-CV-01168-PSG-JC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Pamela K. Barker, in individual and representative capacity as trustee of The Pamela K. Barker Revocable Trust created on 10-29-2001and DFC Recipe LLC, a California Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 21, 2019　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By:/s/ Chris Carson
　　　　　　　　　　　　　　　　Chris Carson
　　　　　　　　　　　　　　　　Attorneys for Plaintiff